**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO.: 6:20-cv-02311**

ABDELKHALEK ELHADIRI,

    Plaintiffs,
vs.

UPGRADE LOANS, INC.,

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Defendant, UPGRADE LOANS, INC.("Defendant"), by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a settlement in principle regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Date: March 4, 2021

    Respectfully submitted,

    **McGLINCHEY STAFFORD**

    */s/Joseph A. Apatov*
    Joseph A. Apatov, Esq.
    Florida Bar #93546
    1 East Broward Blvd., Suite 1400
    Fort Lauderdale, FL 33301
    Telephone: (954) 356-2516
    Fax: (954) 252-3808
    japatov@mcglinchey.com
    dtironi@mcglinchey.com
    *Counsel for Defendant, Upgrade Loans, Inc.*

1304900.1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 4, 2021, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF electronic filing system which will automatically send a copy to all counsel of record in this case registered on the CM/ECF system.

                                               */s/ Joseph A. Apatov*
                                               Joseph A. Apatov, Esq.

1304900.1